United States Courts
Southern District of Texas
F I L E D

MAY 2 4 2023

Nathan Ochsner, Clerk of Court

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK SWEENEY AND JILL SWEENEY, Plaintiffs, | § § § § |
| v. | § § Civil Action No. 4:22-cv-00255 |
| NEWREZ, LLC, F/K/A NEW PENN FINANCIAL LLC, D/B/A SHELLPOINT MORTGAGE SERVICING, Defendant. | § § § § § |

## PLAINTIFFS AMENDED PETITION

Plaintiffs, Patrick & Jill Sweeney (hereafter Plaintiffs), amend their original petition based on discovery evidence provided by Defendant, NewRez, LLC, f/k/a New Penn Financial LLC, d/b/a Shellpoint Mortgage Servicing (hereafter Defendant), by and through its counsel, Justin K. Cho.  Defendant produced documents revea specific violations of  Chapter 18 U.S. Code § 1341,  Frauds and swindles;  violations of the Fair Debt Collection Practices Act (hereafter FDCPA) and violations of the CARES Act (hereafter CARES Act). Plaintiffs show as follows:

### BACKGROUND

1.  Plaintiffs own real property and improvements commonly known as 16010 Winchmore Hill, Spring, TX 77379.  Plaintiffs purchased that property through a mortgage note (hereafter mortgage) signed on November 14, 2001 for $164,000.00.  Plaintiffs signed a Deed of Trust on November 14, 2001 that was filed in the office of the county clerk of Harris County, Texas on February 1, 2002 to secure the mortgage.

2.  The mortgage was serviced by several companies between 2001 and 2015.  Ditech Financial, LLC (hereafter Ditech), then a subsidiary of Walter Investment Management Co., began servicing the

mortgage on or about  March 2015. In February 2019, Ditech filed for bankruptcy.  Ditech mortgage servicing was acquired by New Residential Investment Corp in 2019. Mortgage servicing was transferred to Defendant in December 2019.

3.  Plaintiff Patrick Sweeney filed for bankruptcy in January 2018 that was discharged August 1, 2019 (See Exhibit 1). Ditech filed a proof of claim on February 14, 2018 identifying the mortgage amount as $117, 152.81 with debtor payment of $5404.97 needed to cure default ((See Exhibit 2).  A Loan History Summary provided by Defendant as part of discovery listed the actual mortgage amount as of February 2018 as  $114, 182.29 with an escrow shortfall  of $663.28 (See Exhibit 3, pg. XX). Nothing in the Loan History Summary identified a default of $5404.97.

4.  The Loan Summary  recorded  Plaintiffs regular payments stopped after a payment of January 4, 2018 (See Exhibit 3, pg. 9). The Loan Summary also recorded an escrow balance of $5260.77 as of November 10, 2017 with an "escrow only payment" of $3704.82 (matching Klein ISD tax for 2017), $1961.84 for "County Tax bill" (matching Harris County tax bill for 2017), and $823.79 for Irrigation District Tax Bill (there are no irrigation districts in Texas).  The Ditech IRS Form 1098 of January 15, 2018 listed box 11 taxes paid as $6510. 05 (See Exhibit 4). Harrris County tax records for 2017 record taxes due of $5686.26.; $823.79 less than the tax payment reported by Ditech on the IRS Form 1098 (See Exhibit 5).

5.  Ditech mailed Plaintiffs "formal notice of default" for failure to pay amounts due on August 16, 2019 (See Exhibit 6). That letter listed an amount required to cure the default as $42, 039.05 that including $34,869.51 in monthly payments due and $7,165.11 in escrow payments due.   The letter listed the payment received November 10, 2017; $1622.60, as  a payment due,  the December 2017 payment received on January 4, 2018 ; $1700,  as a payment due, and the January 2018 through July 2018 payments as  payments due when the account was in forebearance.  The Loan Summary recorded payments received on November 10, 2017 and January 4, 2018 (See Exhibit 3, pg. XX)

6.   The Ditech IRS Form 1098 of January 1, 2018 reported Plaintiffs' outstanding mortgage principle as $114,598.15 with  $620.74 in mortgage interest paid (See Exhibit 4).  The Loan History Summary; Exhibit 3,  listed the mortgage as  $114,182.29 with a regular payment received on January 4, 2018 with $415.86 of that payment applied to the mortgage principle, $620.74 applied  to mortgage interest  and  $586.00 applied to escrow (see Exhibit 3, pg. XX).   An additional $77.40 paid by

Plaintiffs was listed as unapplied. The $415.86 difference between the IRS Form 1098 report and Ditech internal bookkeeping casts doubt on the veracity of Ditech tax reporting.

7.   Ditech mailed Plaintiffs a servicing transfer on November 15, 2019 (See Exhibit 7).  The Loan History Summary; Exhibit 3,  listed the outstanding mortgage principle as  of November  2019 as $114,182.29, an escrow shortfall of $7,165.11, a "late fee" balance of $51.83 and an "unapplied balance" of $77.40 as of the date of servicing transfer.      The initial statement Defendant mailed Plaintiffs; dated January 1, 2020 (See Exhibit 8),  listed the outstanding mortgage principle as $114,182.29, an amount due of $42,811.04, an escrow shortfall of $7,165.11 and an "unapplied partial payment of $77.40. A "delinquency notice" section of that statement listed an unpaid balance of $33,295.52 as of July 1, 2019 and six (6) subsequent missed payments totaling  $9,515.52; amounts nearly identical to the Ditech letter of August 16, 2019 where the unpaid balance was claimed to be $34,869.51. Defendant perpetuated Ditech false claims from the misrepresented default claim of August 2019, taking over the scheme to defraud.

8.   Robertson, Anschutz, Schneid & Crane LLC (hereafter RAS Crane LLC) mailed Plaintiffs a Fair Debt Collection Practices Act (hereafter FDCPA) notice dated February 28, 2020  wherein RAS Crane LLC claimed attempting to collect $145, 255.22 for Defendant (See Exhibit 9).  The FDCPA notice amount of debt was $18,903.22 less than the outstanding mortgage principle, unpaid balance due and escrow shortfall from Defendant's initial statement of January 1, 2020; Exhibit 8, and $10961.69 less than the amount Ditech claimed was required to cure the default in August 2019; Exhibit 6. Plaintiffs replied to RAS Crane LLC by a letter dated March 21, 2020 wherein Plaintiffs disputed the debt, informed RAS Crane LLC and, by extension, Defendant, of Patrick Sweeney's bankruptcy, Plaintiffs' financial hardships and Plaintiffs desire to modify the loan. (See Exhibit 10).

9.   Plaintiffs received no substantive response from Defendant until October 2020; seven (7) months later.  Plaintiffs  received a letter from Defendant's Shellpoint Escalation Department dated October 16, 2020 that provided information Plaintiffs had requested (See Exhibit 11). In that letter, Defendant admitted being owner of the mortgage  since December 1, 2019; admitted the unpaid principle balance  was $114, 182.29; claimed Plaintiffs had surrendered interest in the property as a result of the bankruptcy discharge; admitted Plaintiffs  had requested a "loan modification" on September 21, 2020; admitted  a loan modification plan was offered that included the $3322.60  additional amount Defendant was attempting to defraud from Plaintiffs; claimed Plaintiffs' loan had been referred to an

attorney to commence foreclosure proceedings on January 18, 2020; claimed foreclosure proceedings were "temporarily" on hold without reference to the CARES Act and admitted Plaintiffs had a "right" to request documentation.

10. Defendant  mailed Plaintiffs a letter claiming the mortgage owner was FNMA New Rez AA322040377  with an address of 1345 Avenue of the Americas, New York, NY 10501 dated October 19, 2020 (See Exhibit 12).   That office location in New York was associated with New Residential Investment Corporation in October 2020;  the parent company of Defendant at the time and was not the owner of Plaintiffs mortgage.

11. Defendant mailed Plaintiffs a "Streamlined Modification Solicitation Letter" dated October 8, 2020 (See Exhibit 13) wherein Defendant notified Plaintiffs that the mortgage was "seriously delinquent" and "To avoid foreclosure, you must contact us."  As part of that letter, Defendant offered to "have up to 30% of your principle balance deferred" and offered "a fixed rate interest rate for 40 years".

12. Plaintiffs attempted to earn the offered loan modification by completing a three-payment Trial Period Plan between October 2020 and January 2021. Plaintiffs made three (3) payments of $1932.89 and were offered a modification in late January 2021. That modification required Plaintiffs agree to an outstanding mortgage principle of $149, 935.23; an amount including the $3322.60 Defendant was attempting to defraud from Plaintiffs, included no principle balance deferment and offered a fixed interest rate of 6.5% instead of the January 2021 interest rate of  2.65%.  Plaintiffs refused to agree and sign.

13. RAS Crane, LLC mailed Plaintiffs a letter dated November 15, 2021 wherein Plaintiffs were notified that the property was scheduled for Substitute Trustee Sale on January 4, 2022; a non-judicial forclosure, and the loan was accelerated (See Exhibit 14).  The Defendant statement of December 2021  (See Exhibit 15) listed the outstanding mortgage principle as $112, 921.15, unpaid balance due of $72,819.07, Plaintiff payments of $2,660.87 for the year, unapplied partial payments of $1008.27 and notice that the loan would be current if Plaintiffs paid the unpaid balance due.

14.  Plaintiffs applied for a temporary restraining order in Harris County, Texas that was granted on December 30 2021. Defendant transferred the suit to Federal District Court on January 24, 2022. Defendant provided some documents as part of discovery in December 2022. Select documents

from that partial production of requested documents contained facts that were prima facia evidence of a scheme to defraud Plaintiffs out of $3322.60, evidence that Plaintiffs were improperly denied a CARES Act forebearance, evidence that  Defendant lied about the debt Plaintiffs owed, who owned Plaintiffs mortgage, that RAS Crane LLC had been retained to collect a debt, that Plaintiffs surrendered interest in the property and that Defendant offered a modification agreement solely to secure Plaintiffs agreement to the unlawful addition of $3322.60 to the debt and continue the mortgage at 6.5% interest.  Plaintiffs now amend the original petition to include that evidence, detail Defendant's criminal actions and pray this Court award Plaintiffs compensatory and punitive damages.

### DOCUMENTS PROVIDED BY DEFENDANT ARE PRIMA FACIA EVIDENCE OF A SCHEME TO DEFRAUD

15. Chapter 18 U.S. Code § 1341,  Frauds and swindles, states that, "Whoever, having devised or intending to devise any scheme or artifice to defraud or  for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, ... [and], for the purpose of executing such scheme or artifice or attempting so to do, places in any post office or authorized depository for mail matter, any matter or thing whatever to be sent or delivered by the Postal Service ...  shall be fined under this title or imprisoned not more than 20 years, or both." Caselaw concerning mail fraud has identified that, "There are two elements in mail fraud: (1) having devised or intending to devise a scheme to defraud (or to perform specified fraudulent acts), and (2) use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)." *Schmuck v. United States*, 489 U.S. 705, 721 n. 10 (1989); see also *Pereira v. United States*, 347 U.S. 1, 8 (1954) "The elements of the offense of mail fraud under . . . § 1341 are (1) a scheme to defraud, and (2) the mailing of a letter, etc., for the purpose of executing the scheme."

16. Precedent has established that a plaintiff can win an intentional infliction claim by establishing merely reckless conduct.  See *Wentworth T. Durant, Jr., and Susan B. Durant v. Surety Homes Corporation, an Illinois Corporation*, 582 F.2d 1081 (7th Cir. 1978)  The Court in *Durant* affirmed an award of punitive damages because evidence existed to establish that the contractor "not only committed fraud, but did so designedly or wantonly, with reckless disregard for the Durants'

rights. A finding of "malice" to support punitive damages does not require personal hatred; it includes intentional wrongdoing without just cause or excuse. See *Ray Dodge, Inc. v. Moore*, 251 Ark. 1036, 1042, 479 S.W.2d 518, 522 (1972) (). Reprehensible conduct is reckless disregard for health or safety or evidence of bad faith. Repeated misconduct is more reprehensible than an individual instance of malfeasance. See *Gryger v. Burke*, 334 U.S. 728, 732 (1948). Punitive damages award of "more than 4 times the amount of compensatory damages," might be "close to the line," but not "cross the line into the area of constitutional impropriety." *Pacific Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1, 22 (1991).

17. The Ditech "formal notice" of default dated August 16, 2019; Exhibit 6, listed $42,039.05 owed by Plaintiffs; $34,869.51 in monthly payments due and $7,165.11 in escrow payments due. Ditech claimed the payment received November 10, 2017; $1622.60, was a payment due and the payment received January 4, 2018; $1700, was a payment due. The Loan History Summary; Exhibit 3, provided by Defendant clearly shows the two monthly payments were received. Ditech attempted to defraud Plaintiffs of $3322.60 by falsely claiming the payments were not received and attempting to coerce Plaintiffs into paying the additional $3322.60 to avoid foreclosure. Defendant perpetuated that fraud beginning in December 2019 and continues that fraud as of this date.

18. The Ditech IRS Form 1098 of January 2018; Exhibit 4, mis-reported Plaintiffs' outstanding mortgage principle as $114,598.15 with $620.74 in mortgage interest paid. The Loan History Summary; Exhibit 3, listed the actual mortgage amount as $114,182.29 with a regular payment received on January 4, 2018 of $1622.60 with $415.86 of that payment applied to the mortgage principle, $620.74 applied to mortgage interest and $586.00 applied to escrow. An additional $77.40 paid by Plaintiffs was listed as unapplied, evidence that Ditech knowingly made false claims. Falsifying tax documents about Plaintiffs is prima facia evidence of bad faith and repeated misconduct by Ditech.

19. The Ditech notice of servicing transfer to NewRez, LLC. on November 15, 2019; Exhibit 7,; effective December 2019, as notated in the Loan History Summary; Exhibit 3, reveals the outstanding mortgage principle was $114,182.29, there was an escrow shortfall of $7,165.11, a "late fee" balance of $51.83 and an "unapplied balance" of $77.40. The initial statement

Defendant mailed Plaintiffs; Exhibit 8, listed the outstanding mortgage principle as $114,182.29, an escrow shortfall of $7,165.11, an amount due of $42,811.04, and an "unapplied partial payment of $77.40. A "delinquency notice" as part of that statement listed an unpaid balance of $33,295.52 as of July 1, 2019 and six (6) subsequent missed payments totaling $9,515.52 (matching the amounts in the Ditech letter of August 16, 2019), perpetuating the fraud initiated in the Ditech letter and a violation of 18 U.S. Code § 1341. Defendant perpetuated the attempt to defraud Plaintiffs of $3322.60 knowing their own financial records were prima facia evidence of fraud.

20. The RAS Crane LLC FDCPA notice of February 28, 2020 that the firm was attempting to collect $145, 255.22 for Defendant; Exhibit 9, violated 15 U.S.C. §1692e in that RAS Crane LLC used a false, deceptive or misleading representation as to the character, amount or legal status of a debt in connection with the collection of a debt, but also furthered the scheme to defraud Plaintiffs. As that letter was the only letter RAS Crane LLC mailed Plaintiffs until the notice of acceleration of November 2021 and that RAS Crane, LLC provides a variety of legal services to Defendant (See Exhibit 16), Plaintiffs believe the February 2020 letter was part of the overall scheme to defraud Plaintiffs by attempting to make Plaintiffs believe attorneys were initiating foreclosure rather than any legitimate attempt to collect a debt. As such, Plaintiffs believe that *Holmberg v. Armbrecht* , 327 U.S. 392, 397, 66 S.Ct. 582, 90 L.Ed. 743 (1946) applies rather than the FDCPA. Plaintiffs' ignorance of Defendant's scheme without any fault or want of diligence or care on Plaintiffs' part, the bar of the statute [of limitations] does not begin to run until the fraud was discovered; when Plaintiffs had access to the Loan History Summary; Exhibit 3. Defendant claims that an attorney was retained to initiate foreclosure are meaningless without some evidence that services exist or existed at the time that they were invoiced and that the debt was properly incurred pursuant to a genuine contract for services. Defendant provides no such evidence.

21. The Shellpoint letter dated October 16, 2020; Exhibit 11, wherein Shellpoint admitted owning the mortgage; admitted the unpaid principle balance was $114, 182.29; claimed Plaintiffs had surrendered interest in the property as a result of the bankruptcy discharge (when Plaintiffs had not surrendered such interest); admitted Plaintiffs had requested a "loan modification" on September 21, 2020; clarified that a loan modification plan was offered; claimed Plaintiffs' loan

had been referred to an attorney to commence foreclosure proceedings on January 18, 2020 (no evidence beyond the circumstantial evidence of the RAS Crane LLC letter provided by Defendant verifies such claim); claimed foreclosure proceedings were "temporarily" on hold without explanation (malicious subversion of Cares Act protections lawfully due Plaintiffs) and admitting that Plaintiffs had a "right" to request documentation (evidence that Defendant committed wrongdoing with reckless disregard for Plaintiffs rights) clearly reveals malicious intent. Defendant offered a loan modification that included $3322.60 more than the debt, an objective of Defendant's scheme, denied Plaintiffs a CARES Act forebearance to initiate foreclosure as soon as CARES Act protections ended and misled Plaintiffs at every turn.

22. The Defendant letter of October 19, 2020; Exhibit 12, claiming the mortgage owner was "FNMA New Rez AA322040377" with an address of 1345 Avenue of the Americas, New York, NY 10501 is additional prima facia evidence of a pattern and practice of fraud, committed designedly or wantonly, with reckless disregard for the Plaintiffs' rights; clear malicious intent. Plaintiffs believe that letter; dated days after the October 16, 2020 letter, is intentional wrongdoing without just cause or excuse; reprehensible conduct deserving severe rebuke by this Court.

23. Nonjudicial foreclosure through a substitute trustee in Texas allows a mortgage owner to avoid filing a lawsuit, presenting evidence, and having documents that identify anyone other than the substitute trustee. Foreclosure sales transfer ownership for fractions of principle balance leaving borrowers homeless while still owing lendors substantial amounts of debt. Lenders are almost always foreclosure purchasers, often reselling properties for substantial profit. Most courts agree that, "A purchaser at foreclosure is entitled to sell at a profit if he can do so. See *Third National Bank in Nashville v. McCord*, 688 S.W.2d 446 (Tenn.App. 1985). The Court in *Olney Savings & Loan Ass'n v. Farmers Market of Odessa, Inc.*, 764 S.W.2d 869, 873 (Tex. App. 1989) held that entitlement should apply uniformly whether the purchaser be the lender or a third party. Debtors can contest a foreclosure sale if there is evidence of irregularity, which caused or contributed to the property being sold for a grossly inadequate price. See *American Savings and Loan Association of Houston v. Musick*, 531 S.W.2d 581 (Tex. 1975), *Jinkins v. Chambers*, 622 S.W.2d 614 (Tex.App. — Tyler 1981, no writ); *Donaldson v. Mansel*, 615 S.W.2d 799 (Tex.Civ.App. — Houston [1st Dist.] 1980, writ ref'd n.r.e.). Such evidence of irregularity, held by a substitute trustee or the lender, would require specific judicial action or a search warrant to uncover;

unlikely unless police became involved.  Plaintiffs believe the lure of little to no  judicial review motivated Defendant to attempt foreclosure, in part, to hide the scheme to defraud Plaintiffs when CARES Act protections ended.

PRAYER

Defendant clearly attempted to defraud Plaintiffs of at least $3322.60. Defendant correspondence reveals reprehensible conduct deserving severe rebuke by this Court. Plaintiffs believe Defendant attempted foreclosure, in part, to hide the scheme and deny Plaintiffs legal recourse to recover. Plaintiffs believe actual damages as well as punitive damages are justified. Plaintiffs pray this Court award the following actual damages suffered by Plaintiffs; payments unlawfully claimed as due of  $3322.60; attorney expenses & legal costs of $7,000.00; Stress induced medical bills (Jill Sweeney) of $1,000; monthly payment refinance savings lost ( January 2021 Mortgage rate was 2.65%) of  $97.000; increased fees, interest and costs associated with loans, etc. of  $2000; and, additional home repair costs from deferred maintenance of  $12,000 for a total of $122,500.00.  Plaintiffs pray this Court award punitive damages based on Defendant's reckless disregard of Plaintiffs rights and exhibited malice, actual damages times four (4), of $490,000.00. Plaintiffs pray this Court award any additional damages deemed appropriate.

Respectfilly submitted,

Patrick N. Sweeney
16010 Winchmore Hill
Spring, TX 77379
281-686-2109
pnsweeney@comcast.net

Jill W. Sweeney
16010 Winchmore Hill
Spring, Texas 77379
281-799-9506
Jsweeney9@comcast.net

**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Patrick Neil Sweeney** | | Social Security number or ITIN | xxx–xx–1595 |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Southern District of Texas**

Case number:  18–30230

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Patrick Neil Sweeney

8/1/19

**By the court:** Jeffrey P Norman
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

---

Official Form 318    Order of Discharge    page 1

Exhibit 3. 1 of 11

Loanhist.rpt

01/13/2022  8:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #1

Loan ID
0579324943

Borrower Name
PATRICK NEIL SWEENEY

| Trans Date Eff Date | Due Date | Trans Desc | Code | Rev Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/21 | 12/31/21 | Utility District Tax Bill 1 ACH Ref.#:45586 | 0 | 0 | (542.09) | | 112,921.15 | | (542.09) | (19,659.71) | | 51.83 | $1,008.27 | None |
| | | Payee: CYPRESS FOREST PUD T  Batch ID: 782582 | | | | | | | | | | | | |
| 12/07/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:44341 | 0 | 0 | (16.00) | | 112,921.15 | | | (19,117.62) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: T0024590265 | | | Payee: GUARDIAN ASSET MANAGEMENT  Batch ID: 758033 | | | | | | | | | |
| 12/07/21 | 02/01/18 | Property Pres Disb ACH Ref.#:44323 | 0 | 0 | (17.40) | | 112,921.15 | | | (19,117.62) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: 2033005 | | | Payee: BRON INC  Batch ID: 758033 | | | | | | | | | |
| 12/03/21 | 12/31/21 | County Tax Bill 1 ACH Ref.#:43844 | 0 | 0 | (3,600.42) | | 112,921.15 | | (3,600.42) | (19,117.62) | | 51.83 | $1,008.27 | None |
| | | Payee: HARRIS COUNTY  Batch ID: 754566 | | | | | | | | | | | | |
| 12/01/21 | 02/01/18 | FC Costs - NR Disb ACH Ref.#:43606 | 0 | 0 | (3.50) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: 296595551 | | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 754643 | | | | | | | | | |
| 12/01/21 | 02/01/18 | FC Costs - NR Disb ACH Ref.#:43606 | 0 | 0 | (3.50) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: 286468299 | | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 754643 | | | | | | | | | |
| 11/30/21 | 02/01/18 | Certified Mail Cost Disb ACH Ref.#:43396 | 0 | 0 | (0.33) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: 753722971 | | | Payee: FEDEX  Batch ID: 753511 | | | | | | | | | |
| 11/29/21 | 02/01/18 | FC Costs Disb ACH Ref.#:43256 | 0 | 0 | (170.00) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: 500-286991 | | | Payee: ROBERTSON, ANSCHUTZ, SCHNEID, CRANE  Batch ID: 752615 | | | | | | | | | |
| 11/24/21 | 02/01/18 | Certified Mail Cost Disb ACH Ref.#:42921 | 0 | 0 | (31.65) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: 500-256292 | | | Payee: ROBERTSON, ANSCHUTZ, SCHNEID, CRANE  Batch ID: 751165 | | | | | | | | | |
| 11/24/21 | 02/01/18 | Certified Mail Cost Disb ACH Ref.#:42921 | 0 | 0 | (2.65) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: 500-256292 | | | Payee: ROBERTSON, ANSCHUTZ, SCHNEID, CRANE  Batch ID: 751165 | | | | | | | | | |
| 11/10/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:41146 | 0 | 0 | (16.00) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | ACH |
| | | Invoice Number: T0024294461 | | | Payee: GUARDIAN ASSET MANAGEMENT  Batch ID: 743034 | | | | | | | | | |

NEWREZ  0184

Exhibit 3: 2 of 11

Loanhist.rpt
01/13/2022   8:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #2

**Loan ID**    **Borrower Name**
0579324843    PATRICK NEIL SWEENEY

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:37109 Invoice Number: T0023977869 | 0 | 0 | (15.00) Payee: GUARDIAN ASSET MANAGEMENT Batch ID: 722310 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 09/01/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:32878 Invoice Number: T0023849668 | 0 | 0 | (15.00) Payee: GUARDIAN ASSET MANAGEMENT Batch ID: 699591 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 08/24/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:31816 Invoice Number: T0023337249 | 0 | 0 | (15.00) Payee: GUARDIAN ASSET MANAGEMENT Batch ID: 693364 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 07/02/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:25262 Invoice Number: T0023099674 | 0 | 0 | (15.00) Payee: GUARDIAN ASSET MANAGEMENT Batch ID: 681181 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 06/08/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:22379 Invoice Number: T0022787314 | 0 | 0 | (15.00) Payee: GUARDIAN ASSET MANAGEMENT Batch ID: 644693 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 05/04/21 | 02/01/18 | Property Inspection Pmt | 0 | 0 | (15.00) | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | Lockbox |
| 05/04/21 | 02/01/18 | Property Inspection Pmt | 0 | 0 | 15.00 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | Lockbox |
| 05/04/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:18266 Invoice Number: T0022517276 | 0 | 0 | (15.00) Payee: GUARDIAN ASSET MANAGEMENT Batch ID: 622672 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 04/19/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:16412 Invoice Number: T0022239919 | 0 | 0 | (15.00) Payee: GUARDIAN ASSET MANAGEMENT Batch ID: 612413 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 03/29/21 | 02/01/18 | Certified Mail Cost Disb ACH Ref.#:14023 Invoice Number: 727189124 | 0 | 0 | (9.25) Payee: FEDEX Batch ID: 598973 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 03/29/21 | 02/01/18 | Certified Mail Cost Disb ACH Ref.#:14023 Invoice Number: 727189124 | 0 | 0 | (12.03) Payee: FEDEX Batch ID: 598973 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |
| 03/10/21 | 02/01/18 | Property Inspection Disb ACH Ref.#:12408 Invoice Number: T0021983320 | 0 | 0 | (15.00) Payee: GUARDIAN ASSET MANAGEMENT Batch ID: 565034 | | 112,921.15 | | | (16,517.20) | | 51.83 | $1,008.27 | ACH |

NEWREZ  0185

Exhibit 3; 3 of 11

Loanhist.rpt

01/13/2022  6:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #3

| Loan ID | Borrower Name |
|---|---|
| 0578324943 | PATRICK NEIL SWEENEY |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/02/21 | 02/01/18 | Property Inspection Pmt | 0 | 0 | (15.00) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | Lockbox |
| | | Check #:858583 | | | | | | | | | | | | |
| 03/02/21 | 02/01/18 | Property Inspection Pmt | 0 | 0 | 15.00 | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | Lockbox |
| | | Check #:858583 | | | | | | | | | | | | |
| 02/22/21 | 02/01/18 | FC Costs - NR Disb | 0 | 0 | (3.50) | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | ACH |
| | | | | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 573443 | | | | | | | | | |
| | | Invoice Number: 281056220 | | | | | | | | | | | | |
| 01/20/21 | 02/01/18 | Unapplied Payment | 0 | 0 | 310.29 | | 112,921.15 | | | (15,517.20) | | 51.83 | $1,008.27 | Lockbox |
| 01/20/21 | 01/01/18 | Regular Payment | 0 | 0 | 1,622.50 | 422.65 | 112,921.15 | 613.95 | 586.00 | (15,517.20) | | 51.83 | $697.98 | Lockbox |
| 01/15/21 | 01/01/18 | Title Cost Disb | 0 | 0 | (250.00) | | 113,343.80 | | | (16,103.20) | | 51.83 | $697.98 | Check |
| | | Check #:1603261 | | | | | Payee: SERVICELINK  Batch ID: 647681 | | | | | | | |
| | | Invoice Number: SL6217799 | | | | | | | | | | | | |
| 12/28/20 | 12/31/20 | County Tax Bill 1 | 0 | 0 | (3,146.44) | | 113,343.80 | | (3,146.44) | (16,103.20) | | 51.83 | $697.98 | None |
| | | | | | Payee: HARRIS COUNTY  Batch ID: 532686 | | | | | | | | | |
| 12/18/20 | 01/01/18 | Unapplied Payment | 0 | 0 | 310.29 | | 113,343.80 | | | (12,956.76) | | 51.83 | $697.98 | Check |
| 12/17/20 | | | | | | | | | | | | | | |
| 12/18/20 | 12/01/17 | Regular Payment | 0 | 0 | 1,622.50 | 420.38 | 113,343.80 | 616.22 | 586.00 | (12,956.76) | | 51.83 | $387.69 | Check |
| 12/17/20 | | Check #:6577 | | | | | | | | | | | | |
| 12/17/20 | 12/31/20 | County Tax Bill 1 | 0 | 0 | (388.33) | | 113,764.18 | | (388.33) | (13,542.76) | | 51.83 | $387.69 | None |
| | | | | | Payee: HARRIS COUNTY  Batch ID: 528823 | | | | | | | | | |
| 12/16/20 | 12/31/20 | Utility District Tax Bill 1 | 0 | 0 | (514.12) | | 113,764.18 | | (514.12) | (13,154.43) | | 51.83 | $387.69 | None |
| | | | | | Payee: CYPRESS FOREST PUD  T  Batch ID: 526896 | | | | | | | | | |
| 12/03/20 | 12/01/17 | Property Inspection Disb | 0 | 0 | (15.00) | | 113,764.18 | | | (12,640.31) | | 51.83 | $387.69 | Check |
| | | Check #:1460926 | | | | | Payee: GUARDIAN ASSET MANAGEMENT  Batch ID: 519370 | | | | | | | |
| | | Invoice Number: T0021017036 | | | | | | | | | | | | |
| 12/02/20 | 12/01/17 | Flood Cntr New/Xfer Disb | 0 | 0 | (5.00) | | 113,764.18 | | | (12,640.31) | | 51.83 | $387.69 | ACH |
| | | Invoice Number: 708433 | | | | | Payee: CoreLogic  Batch ID: 516966 | | | | | | | |
| 11/23/20 | 12/01/17 | FC Costs Disb | 0 | 0 | (695.00) | | 113,764.18 | | | (12,640.31) | | 51.83 | $387.69 | Check |
| | | Check #:1456297 | | | | | Payee: Robertson, Anschutz, Schneid & Crane LLC  Batch ID: 512005 | | | | | | | |
| | | Invoice Number: 179698 | | | | | | | | | | | | |

NEWREZ  0186

Exhibit 3: 4 a 11

Loanhist.rpt

01/13/2022  8:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #4

Loan ID
0579324943

Borrower Name
PATRICK NEIL SWEENEY

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/23/20 | 12/01/17 | Attorney Cost Disb | 0 | 0 | (170.00) | | 113,764.18 | | | (12,640.31) | | 51.83 | $397.69 | Check |
| | | Check #:1485297 | | | Payee: Robertson, Anschutz, Schneid & Crane LLC  Batch ID: 512006 | | | | | | | | | |
| | | Invoice Number: 178668 | | | | | | | | | | | | |
| 11/09/20 | 12/01/17 | Unapplied Payment | 0 | 0 | 310.29 | | 113,764.18 | | | (12,640.31) | | 51.83 | $367.69 | Check |
| | | Check #:9547 | | | | | | | | | | | | |
| 11/09/20 | 11/01/17 | Regular Payment | 0 | 0 | 1,622.80 | 418.11 | 113,764.18 | 618.49 | 586.00 | (12,640.31) | | 51.83 | $77.40 | Check |
| | | Check #:9547 | | | | | | | | | | | | |
| 11/02/20 | 11/01/17 | Property Inspection Pmt | 0 | 0 | (15.00) | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | Lockbox |
| | | Check #:868583 | | | | | | | | | | | | |
| 11/02/20 | 11/01/17 | Property Inspection Pmt | 0 | 0 | 15.00 | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | Lockbox |
| | | Check #:868583 | | | | | | | | | | | | |
| 10/14/20 | 11/01/17 | Property Inspection Disb | 0 | 0 | (15.00) | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | Check |
| | | Check #:1324828 | | | Payee: GUARDIAN ASSET MANAGEMENT  Batch ID: 482579 | | | | | | | | | |
| | | Invoice Number: T0020385402 | | | | | | | | | | | | |
| 09/24/20 | 11/01/17 | Property Inspection Disb | 0 | 0 | (15.00) | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | Check |
| | | Check #:1268853 | | | Payee: GUARDIAN ASSET MANAGEMENT  Batch ID: 468209 | | | | | | | | | |
| | | Invoice Number: T0020401141 | | | | | | | | | | | | |
| 08/12/20 | 11/01/17 | Property Inspection Disb | 0 | 0 | (15.00) | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | Check |
| | | Check #:1160212 | | | Payee: GUARDIAN ASSET MANAGEMENT  Batch ID: 438718 | | | | | | | | | |
| | | Invoice Number: T0020100404 | | | | | | | | | | | | |
| 07/17/20 | 11/01/17 | Property Inspection Disb | 0 | 0 | (15.00) | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | ACH |
| | | | | | Payee: CYPREXX SERVICES  Batch ID: 419008 | | | | | | | | | |
| | | Invoice Number: 9282820 | | | | | | | | | | | | |
| 07/14/20 | 11/01/17 | Assignment Prep Disb | 0 | 0 | (12.00) | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | ACH |
| | | | | | Payee: CORELOGIC, INC  Batch ID: 415878 | | | | | | | | | |
| | | Invoice Number: SP-NRM - 042020 | | | | | | | | | | | | |
| 07/09/20 | 11/01/17 | FC Costs - NR Disb | 0 | 0 | (3.71) | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | ACH |
| | | | | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 413388 | | | | | | | | | |
| | | Invoice Number: 273128055 | | | | | | | | | | | | |
| 07/09/20 | 11/01/17 | FC Costs - NR Disb | 0 | 0 | (3.71) | | 114,182.29 | | | (13,226.31) | | 51.83 | $77.40 | ACH |
| | | | | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 413388 | | | | | | | | | |
| | | Invoice Number: 272960530 | | | | | | | | | | | | |

NEWREZ  0187

Exhibit 3: 5 of 11

Loanhist.rpt

01/13/2022　8:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #5

**Loan ID**　0879324843

**Borrower Name**　PATRICK NEIL SWEENEY

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/19/20 | 11/01/17 | Property Inspection Disb | 0 0 | | (15.00) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 388866 | | | | | | | | | | | | |
| | | Invoice Number: 9227124 | | | | | | | | | | | | |
| 06/08/20 | 11/01/17 | FC Costs - NR Disb | 0 0 | | (5.71) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 386268 | | | | | | | | | | | | |
| | | Invoice Number: 270001933 | | | | | | | | | | | | |
| 05/19/20 | 11/01/17 | Recording Cost Disb | 0 0 | | (21.73) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | Check |
| | | Check #:1002616　Payee: Robertson, Anschutz, Schneid & Crane LLC  Batch ID: 370527 | | | | | | | | | | | | |
| | | Invoice Number: 146207 | | | | | | | | | | | | |
| 05/14/20 | 11/01/17 | Property Inspection Disb | 0 0 | | (15.00) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 366367 | | | | | | | | | | | | |
| | | Invoice Number: 9157927 | | | | | | | | | | | | |
| 05/12/20 | 11/01/17 | Recording ACM Disb | 0 0 | | (19.73) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | Check |
| | | Check #:968727　Payee: Robertson, Anschutz, Schneid & Crane LLC  Batch ID: 383110 | | | | | | | | | | | | |
| | | Invoice Number: 147374 | | | | | | | | | | | | |
| 05/12/20 | 11/01/17 | FC Costs Disb | 0 0 | | (1.64) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | Check |
| | | Check #:968727　Payee: Robertson, Anschutz, Schneid & Crane LLC  Batch ID: 383110 | | | | | | | | | | | | |
| | | Invoice Number: 147374 | | | | | | | | | | | | |
| 04/23/20 | 11/01/17 | FC Costs - NR Disb | 0 0 | | (26.50) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 349640 | | | | | | | | | | | | |
| | | Invoice Number: NT016424312 | | | | | | | | | | | | |
| 04/23/20 | 11/01/17 | FC Costs - NR Disb | 0 0 | | (26.50) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | ACH . |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 348638 | | | | | | | | | | | | |
| | | Invoice Number: NT016430928 | | | | | | | | | | | | |
| 04/23/20 | 11/01/17 | FC Costs - NR Disb | 0 0 | | (6.30) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | ACH |
| | | Payee: Black Knight Technology Solutions, LLC  Batch ID: 348625 | | | | | | | | | | | | |
| | | Invoice Number: 267732936 | | | | | | | | | | | | |
| 04/16/20 | 11/01/17 | Property Inspection Disb | 0 0 | | (15.00) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 342841 | | | | | | | | | | | | |
| | | Invoice Number: 9099574 | | | | | | | | | | | | |
| 03/24/20 | 11/01/17 | Property Inspection Pmt | 0 0 | | (15.00) | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | Lockbox |
| 03/24/20 | 11/01/17 | Property Inspection Pmt | 0 0 | | 15.00 | | 114,162.29 | | | (13,226.31) | | 51.63 | $77.40 | Lockbox |

NEWREZ 0188

Exhibit 3; 6 of 11

Loanhist.rpt
01/13/2022  8:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #6

**Loan ID**
0579324943

**Borrower Name**
PATRICK NEIL SWEENEY

| Trans Date Eff Date | Due Date | Trans Desc | Code | Rev Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/20 | 11/01/17 | Property Inspection Disb | 0 | 0 | (16.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | Check |
| | | Check #:868593 | | | Payee: SAFEGUARD PROPERTIES MANAGEMENT  Batch ID: 324460 | | | | | | | | | |
| | | Invoice Number: 3075470666R | | | | | | | | | | | | |
| 03/20/20 | 11/01/17 | Property Inspection Disb | 0 | 0 | (16.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | ACH |
| | | | | | Payee: CYPREXX SERVICES  Batch ID: 322480 | | | | | | | | | |
| | | Invoice Number: 9019277 | | | | | | | | | | | | |
| 03/19/20 03/18/20 | 11/01/17 | Tax Search Report Disb | 0 | 0 | (1.50) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | ACH |
| | | | | | Payee: CoreLogic Tax Services LLC  Batch ID: 320760 | | | | | | | | | |
| | | Invoice Number: 912-1201810 | | | | | | | | | | | | |
| 03/17/20 | 11/01/17 | Skip Trace Disb | 0 | 0 | (7.50) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | Check |
| | | Check #:855496 | | | Payee: EXPRESS CAPITAL SERVICES  Batch ID: 319910 | | | | | | | | | |
| | | Invoice Number: 2292020 | | | | | | | | | | | | |
| 03/17/20 | 11/01/17 | Skip Trace Disb | 0 | 0 | (5.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | Check |
| | | Check #:855496 | | | Payee: EXPRESS CAPITAL SERVICES  Batch ID: 319910 | | | | | | | | | |
| | | Invoice Number: 2292020 | | | | | | | | | | | | |
| 03/17/20 | 11/01/17 | Skip Trace Disb | 0 | 0 | (2.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | Check |
| | | Check #:855468 | | | Payee: EXPRESS CAPITAL SERVICES  Batch ID: 319746 | | | | | | | | | |
| | | Invoice Number: 1312020 | | | | | | | | | | | | |
| 03/12/20 | 11/01/17 | FC Costs - NR Disb | 0 | 0 | (35.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | Check |
| | | Check #:846170 | | | Payee: Robertson, Anschutz, Schneid & Crane LLC  Batch ID: 316936 | | | | | | | | | |
| | | Invoice Number: 138235 | | | | | | | | | | | | |
| 02/20/20 | 11/01/17 | Property Inspection Disb | 0 | 0 | (16.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | ACH |
| | | | | | Payee: CYPREXX SERVICES  Batch ID: 301784 | | | | | | | | | |
| | | Invoice Number: 8947796 | | | | | | | | | | | | |
| 01/31/20 | 11/01/17 | FC Costs Disb | 0 | 0 | (510.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | Check |
| | | Check #:759256 | | | Payee: RAS CRANE LLC  Batch ID: 289468 | | | | | | | | | |
| | | Invoice Number: 130333 | | | | | | | | | | | | |
| 01/31/20 | 11/01/17 | Title Cost Disb | 0 | 0 | (215.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | Check |
| | | Check #:759256 | | | Payee: RAS CRANE LLC  Batch ID: 289468 | | | | | | | | | |
| | | Invoice Number: 130333 | | | | | | | | | | | | |
| 01/27/20 | 11/01/17 | Property Inspection Disb | 0 | 0 | (16.00) | | 114,182.29 | | | (13,226.31) | | 61.83 | $77.40 | ACH |
| | | | | | Payee: CYPREXX SERVICES  Batch ID: 284917 | | | | | | | | | |
| | | Invoice Number: 8574601 | | | | | | | | | | | | |

NEWREZ  0189

Exhibit 3: 7 of 11

Loanhist.rpt
01/13/2022   8:49:21AM

**NewRez LLC DBA Shellpoint Mortgage**
**Loan History Summary**

Page #7

Loan ID        Borrower Name
0579324843    PATRICK NEIL SWEENEY

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/28/19 | 12/31/19 | School Tax Bill 1 | 0 | 0 | (3,398.60) | | 114,182.29 | | (3,398.60) | (13,226.31) | | 61.83 | $77.40 | None |
| | | Payee: KLEIN ISD  Batch ID: 268483 | | | | | | | | | | | | |
| 12/20/19 | 12/31/19 | Utility District Tax Bill 1 | 0 | 0 | (797.24) | | 114,182.29 | | (797.24) | (9,827.61) | | 61.83 | $77.40 | None |
| | | Payee: CYPRESS FOREST PUD  T  Batch ID: 265386 | | | | | | | | | | | | |
| 12/19/19 | 12/31/19 | County Tax Bill 1 | 0 | 0 | (1,865.16) | | 114,182.29 | | (1,865.16) | (9,030.27) | | 61.83 | $77.40 | None |
| | | Payee: HARRIS COUNTY  Batch ID: 269476 | | | | | | | | | | | | |
| 12/17/19 | 11/01/17 | Property Inspection Disb | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 61.83 | $77.40 | ACH |
| | | Payee: CYPREXX SERVICES  Batch ID: 263138 | | | | | | | | | | | | |
| | | Invoice Number: 8799815 | | | | | | | | | | | | |
| 12/06/19 | 11/01/17 | New Loan | 0 | 0 | 0.00 | | 114,182.29 | | | (7,165.11) | | 61.83 | $77.40 | None |
| 11/14/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 61.83 | $77.40 | PriorServicer |
| 10/18/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 61.83 | $77.40 | PriorServicer |
| 09/10/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 61.83 | $77.40 | PriorServicer |
| 08/13/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 61.83 | $77.40 | PriorServicer |
| 08/13/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 07/12/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 07/12/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 06/18/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 06/18/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 05/20/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 05/20/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 04/23/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 04/23/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 04/05/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 04/05/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 04/03/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 04/03/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 02/01/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 02/01/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (16.00) | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |
| 01/17/19 | 12/01/18 | Claim - Esc Adv Assess | 0 | 0 | 7,165.11 | | 114,182.29 | | | (7,165.11) | | 0.00 | $77.40 | PriorServicer |

NEWREZ  0190

Exhibit 3:8811

LoanhisLrpt

01/13/2022   8:49:21AM

## NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

| Loan ID | Borrower Name |
|---|---|
| 0579324943 | PATRICK NEIL SWEENEY |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/17/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | 60.00 | | 114,182.29 | | | (7,185.11) | | 0.00 | $77.40 | PriorServicer |
| 01/17/19 | 12/01/18 | Claim - Esc Adv Assess | 0 | 0 | 7,185.11 | | 114,182.29 | | | (7,185.11) | | 0.00 | $77.40 | PriorServicer |
| 01/17/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | 60.00 | | 114,182.29 | | | (7,185.11) | | 0.00 | $77.40 | PriorServicer |
| 01/04/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (7,185.11) | | 0.00 | $77.40 | PriorServicer |
| 01/04/19 | 12/01/18 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (7,185.11) | | 0.00 | $77.40 | PriorServicer |
| 12/13/18 | 12/01/18 | Miscellaneous Assess | 0 | 0 | 5.00 | | 114,182.29 | | | (7,185.11) | | 0.00 | $77.40 | PriorServicer |
| 12/13/18 | 12/01/18 | Miscellaneous Assess | 0 | 0 | 5.00 | | 114,182.29 | | | (7,185.11) | | 0.00 | $77.40 | PriorServicer |
| 12/11/18 | 12/01/18 | Irrigation Dist Tax Bill 1 | 0 | 0 | (823.78) | | 114,182.29 | | (823.78) | (7,185.11) | | 51.83 | $77.40 | PriorServicer |
| 12/11/18 | 12/01/18 | County Tax Bill 1 | 0 | 0 | (1,973.42) | | 114,182.29 | | (1,973.42) | (6,341.32) | | 51.83 | $77.40 | PriorServicer |
| 12/05/18 | 12/01/18 | Escrow Only Payment | 0 | 0 | (3,704.62) | | 114,182.29 | | (3,704.62) | (4,367.90) | | 51.83 | $77.40 | PriorServicer |
| 11/28/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 11/28/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 10/29/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 10/29/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 10/02/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 10/02/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 15.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 250.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 15.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 15.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 15.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 15.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 250.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 15.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 15.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/28/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 15.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/11/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/11/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/07/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 500.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/07/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 350.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/07/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 300.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |

NEWREZ 0191

Exhibit 3: 9 of 11

LoanHist.rpt

01/13/2022   8:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #8

| Loan ID | Borrower Name |
|---------|---------------|
| 0579324943 | PATRICK NEIL SWEENEY |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/07/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 500.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/07/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 350.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 09/07/18 | 10/01/17 | Claim Other Fee Assess | 0 | 0 | 300.00 | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 08/15/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 08/15/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 08/01/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 08/01/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 06/27/18 | 10/01/17 | Bk Costs Assess | 0 | 0 | (500.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 05/16/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 05/16/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 03/23/18 | 10/01/17 | Bk Costs Assess | 0 | 0 | (350.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 03/23/18 | 10/01/17 | Bk Costs Assess | 0 | 0 | (300.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 03/23/18 | 10/01/17 | Bk Costs Assess | 0 | 0 | (350.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 03/23/18 | 10/01/17 | Bk Costs Assess | 0 | 0 | (300.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 02/23/18 | 10/01/17 | Bk Costs Assess | 0 | 0 | (250.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 02/23/18 | 10/01/17 | Bk Costs Assess | 0 | 0 | (250.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 02/21/18 | 10/01/17 | Miscellaneous Assess | 0 | 0 | (5.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 02/21/18 | 10/01/17 | Miscellaneous Assess | 0 | 0 | (5.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 01/26/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 01/26/18 | 10/01/17 | Property Inspection Assess | 0 | 0 | (15.00) | | 114,182.29 | | | (663.28) | | 0.00 | $77.40 | PriorServicer |
| 01/04/18 | 10/01/17 | Unapplied Payment | 0 | 0 | 77.40 | | 114,182.29 | | | (663.28) | | 51.83 | $77.40 | PriorServicer |
| 01/04/18 | 10/01/17 | Regular Payment | 0 | 0 | 1,622.60 | 416.86 | 114,182.29 | 620.74 | 586.00 | (663.28) | | 51.83 | $0.00 | PriorServicer |
| 12/16/17 | 10/01/17 | Late Charge Assess | 0 | 0 | (51.83) | | 114,598.15 | | | (1,249.28) | (51.83) | 51.83 | $0.00 | PriorServicer |
| 12/08/17 | 12/01/17 | Irrigation Dist Tax Bill 1 | 0 | 0 | (623.79) | | 114,598.15 | | (623.79) | (1,249.28) | | 0.00 | $0.00 | PriorServicer |
| 12/07/17 | 12/01/17 | County Tax Bill 1 | 0 | 0 | (1,981.94) | | 114,598.15 | | (1,981.94) | (625.49) | | 0.00 | $0.00 | PriorServicer |
| 11/20/17 | 12/01/17 | Escrow Only Payment | 0 | 0 | (3,704.62) | | 114,598.15 | | (3,704.62) | 1,356.15 | | 0.00 | $0.00 | PriorServicer |
| 11/10/17 | 10/01/17 | Regular Payment | 7 | 0 | (1,622.60) | (416.86) | 114,598.15 | (620.74) | (586.00) | 5,280.77 | | 0.00 | $0.00 | PriorServicer |
| 11/09/17 | 10/01/17 | Regular Payment | 0 | 7 | 1,622.60 | 416.86 | 114,182.29 | 620.74 | 586.00 | 5,846.77 | | 0.00 | $0.00 | PriorServicer |
| 10/11/17 | 10/01/17 | Regular Payment | 7 | 0 | (1,622.60) | (416.86) | 114,598.15 | (620.74) | (586.00) | 5,280.77 | | 0.00 | $0.00 | PriorServicer |
| 10/09/17 | 10/01/17 | Regular Payment | 0 | 7 | 1,622.60 | 415.88 | 114,182.29 | 620.74 | 586.00 | 5,846.77 | | 0.00 | $0.00 | PriorServicer |
| 09/09/17 | 09/01/17 | Regular Payment | 0 | 0 | 1,622.60 | 413.62 | 114,598.15 | 622.98 | 586.00 | 5,260.77 | | 0.00 | $0.00 | PriorServicer |

NEWREZ  0192

Exhibit 3: 10 of 11

Loanhist.rpt
01/13/2022  8:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #10

| Loan ID | Borrower Name |
|---|---|
| 0579324943 | PATRICK NEIL SWEENEY |

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Escrow Amount | Escrow Balance | Late Charge Amount | Late Charge Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/17 | 08/01/17 | Regular Payment | 0 | 0 | 1,622.50 | 411.39 | 115,011.77 | 625.21 | 586.00 | 4,674.77 | | 0.00 | $0.00 | PriorServicer |
| 07/10/17 | 07/01/17 | Regular Payment | 0 | 0 | 1,622.50 | 409.17 | 115,423.16 | 627.43 | 586.00 | 4,088.77 | | 0.00 | $0.00 | PriorServicer |
| 06/09/17 | 06/01/17 | Regular Payment | 0 | 0 | 1,622.50 | 406.97 | 115,832.33 | 629.63 | 586.00 | 3,502.77 | | 0.00 | $0.00 | PriorServicer |
| 05/08/17 | 05/01/17 | Regular Payment | 0 | 0 | 1,622.50 | 404.76 | 116,239.30 | 631.82 | 586.00 | 2,916.77 | | 0.00 | $0.00 | PriorServicer |
| 04/10/17 | 04/01/17 | Regular Payment | 0 | 0 | 1,622.50 | 402.60 | 116,644.06 | 634.00 | 586.00 | 2,330.77 | | 0.00 | $0.00 | PriorServicer |
| 03/09/17 | 03/01/17 | Regular Payment | 0 | 0 | 1,502.10 | 400.43 | 117,046.66 | 636.17 | 465.50 | 1,744.77 | | 0.00 | $0.00 | PriorServicer |
| 02/09/17 | 02/01/17 | Regular Payment | 0 | 0 | 1,502.10 | 398.27 | 117,447.11 | 638.33 | 465.50 | 1,279.27 | | 0.00 | $0.00 | PriorServicer |
| 01/09/17 | 01/01/17 | Regular Payment | 0 | 0 | 1,502.10 | 396.13 | 117,845.39 | 640.47 | 465.50 | 813.77 | | 0.00 | $0.00 | PriorServicer |
| 12/19/16 | 12/01/16 | County Tax Bill 1 | 0 | 0 | (1,901.07) | | 118,241.51 | | (1,901.07) | 348.27 | | 0.00 | $0.00 | PriorServicer |
| 12/14/16 | 12/01/16 | Irrigation Dist Tax Bill 1 | 0 | 0 | (761.70) | | 118,241.51 | | (761.70) | 2,249.34 | | 0.00 | $0.00 | PriorServicer |
| 12/08/16 | 12/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 393.99 | 118,241.51 | 642.61 | 465.50 | 3,011.04 | | 0.00 | $0.00 | PriorServicer |
| 12/07/16 | 12/01/16 | Escrow Only Payment | 0 | 0 | (3,532.56) | | 118,635.50 | | (3,532.56) | 2,545.54 | | 0.00 | $0.00 | PriorServicer |
| 11/09/16 | 11/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 391.97 | 118,635.50 | 644.73 | 465.50 | 6,078.13 | | 0.00 | $0.00 | PriorServicer |
| 10/10/16 | 10/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 389.78 | 119,027.37 | 646.84 | 465.50 | 5,612.63 | | 0.00 | $0.00 | PriorServicer |
| 09/09/16 | 09/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 387.66 | 119,417.13 | 648.94 | 465.50 | 5,147.13 | | 0.00 | $0.00 | PriorServicer |
| 08/09/16 | 08/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 385.57 | 119,804.79 | 651.03 | 465.50 | 4,681.63 | | 0.00 | $0.00 | PriorServicer |
| 07/08/16 | 07/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 383.49 | 120,190.36 | 653.11 | 465.50 | 4,216.13 | | 0.00 | $0.00 | PriorServicer |
| 06/09/16 | 06/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 381.43 | 120,573.85 | 655.17 | 465.50 | 3,750.63 | | 0.00 | $0.00 | PriorServicer |
| 05/09/16 | 05/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 379.37 | 120,955.28 | 657.23 | 465.50 | 3,285.13 | | 0.00 | $0.00 | PriorServicer |
| 04/09/16 | 04/01/16 | Regular Payment | 0 | 0 | 1,502.10 | 377.33 | 121,334.65 | 659.27 | 465.50 | 2,819.63 | | 0.00 | $0.00 | PriorServicer |
| 04/04/16 | 04/01/16 | Regular Payment | 0 | 0 | 3,109.80 | 1,119.92 | 121,711.98 | 1,989.88 | | 2,354.13 | | 0.00 | $0.00 | PriorServicer |
| 03/09/16 | 03/01/16 | Regular Payment | 0 | 0 | 1,516.28 | 375.29 | 122,831.90 | 681.31 | 481.68 | 2,354.13 | | 0.00 | $0.00 | PriorServicer |
| 02/09/16 | 02/01/16 | Regular Payment | 0 | 0 | 1,516.28 | 373.27 | 123,207.09 | 663.33 | 481.68 | 1,872.45 | | 0.00 | $0.00 | PriorServicer |
| 01/11/16 | 01/01/16 | Regular Payment | 0 | 0 | 1,516.28 | 371.26 | 123,580.36 | 665.34 | 481.68 | 1,390.77 | | 0.00 | $0.00 | PriorServicer |
| 12/15/16 | 12/01/16 | Escrow Only Payment | 0 | 0 | (3,134.46) | | 123,951.62 | | (3,134.46) | 909.09 | | 0.00 | $0.00 | PriorServicer |
| 12/11/15 | 12/01/15 | Escrow Only Payment | 0 | 0 | (724.50) | | 123,951.62 | | (724.50) | 4,043.56 | | 0.00 | $0.00 | PriorServicer |
| 12/11/15 12/10/15 | 12/01/15 | County Tax Bill 1 | 0 | 0 | (1,745.70) | | 123,951.62 | | (1,745.70) | 4,768.16 | | 0.00 | $0.00 | PriorServicer |
| 12/09/15 | 12/01/15 | Regular Payment | 0 | 0 | 1,516.28 | 369.28 | 123,951.62 | 667.34 | 481.68 | 6,513.86 | | 0.00 | $0.00 | PriorServicer |
| 11/09/15 | 11/01/15 | Regular Payment | 0 | 0 | 1,516.28 | 367.27 | 124,320.88 | 669.33 | 481.68 | 6,032.20 | | 0.00 | $0.00 | PriorServicer |

NEWREZ 0193

Exhibit 3 : 11 of 11

Loanhist.rpt

01/13/2022   8:49:21AM

# NewRez LLC DBA Shellpoint Mortgage
## Loan History Summary

Page #11

Loan ID
0576324943

Borrower Name
PATRICK NEIL SWEENEY

| Trans Date Eff Date | Due Date | Trans Desc | Rev Code | Flag | Trans Amount | Principal Amount | Balance | Interest Amount | Escrow Amount | Balance | Late Charge Amount | Balance | Unappl. Balance | Money Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/08/15 | 10/01/16 | Regular Payment | 0 | 0 | 1,518.28 | 388.29 | 124,688.15 | 671.31 | 491.68 | 5,550.62 | | 0.00 | $0.00 | Prior Servicer |
| | | | | | | $12,132.29 | | $20,002.31 | -$24,728.55 | | | | | |

NEWREZ  0194

Exhibit 4

*If the Tax ID Number shown above is incorrect or if the space is blank, please complete the Tax Identification Certification on the reverse side of this statement and return to us at our return address above.*

☐ CORRECTED (if checked)    January 21, 2019

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Ditech Financial LLC T150<br>2100 E. Elliot Rd Bldg 94<br>Tempe, AZ 85284<br>1-800-643-0202 | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.* | OMB No. 1545-0901<br>**2018**<br>Form **1098** | **Mortgage Interest Statement** |

1 Mortgage interest received from payer(s)/borrower(s)*
$                620.74

Copy B
For Payer/Borrower

| PAYER'S/BORROWER'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br><br>PATRICK NEIL SWEENEY<br>JILL W SWEENEY<br>16010 WINCHMORE HILL<br>SPRING TX 77379-6864 |
|---|

2 Outstanding mortgage principal as of 1/1/2018
$        114,598.15

3 Mortgage origination date
11/14/2001

4 Refund of overpaid interest
$                0.00

5 Mortgage insurance premiums
$                0.00

6 Points paid on purchase of principal residence
$                0.00

7 If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. ☐

8 Address or description of property securing mortgage (see instructions)
16010 WINCHMORE HILL        SPRING TX 77379

9 Number of properties securing the mortgage

10 Other
**Taxes Paid**        6,501.83

Account number (see instructions)
0032868051

RECIPIENT'S/LENDER'S TIN
41-1795868

PAYER'S/BORROWER'S TIN
***-**-1595

The information in boxes 1 through 9 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a non-deductible item.

Form **1098**        (Keep for your records)        www.irs.gov/Form1098        Department of the Treasury - Internal Revenue Service

Deductibility of mortgage insurance premiums reported in Box 5 may be uncertain. For further information, please refer to the Instructions for Payer/Borrowers or the IRS website: www.irs.gov.

Exhibit 5:1 of 3



# ANN HARRIS BENNETT
## Tax Assessor-Collector

Permits & Special Taxes    Online Services    Military    Property Tax    Vehicle Registration

**Search**

| Account ∨ |

Please enter search text he

| Search |

### Search

- Current Statement
- 5 Year Account History
- Print Statement
  - e-Bill
  - HCAD
  - Tax Receipts

This is a comparison of property taxes for the current tax year and each of the plus 5 years for information purposes only, and is provided in accordance with Section 31.01(C)(11) of the Texas Property Tax Code.

Account Number: 1148540030032

# 5 YEAR PROPERTY TAX VALUE

**0017 - KLEIN ISD**

| Years Appraised | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|
| Tax Value | 284,064 | 284,064 | 274,912 | 283,613 | 300,775 | 330,852 |
| | 259,064 | 259,064 | 249,912 | 235,283 | 252,445 | 267,522 |
| Tax Rate | 1.430000 | 1.430000 | 1.360000 | 1.337300 | 1.300100 | 1.230000 |
| Tax Bill | $3,704.62 | $3,704.62 | $3,398.80 | $3,146.44 | $3,146.44 | $3,146.44 |
| % Diff | | 0.00 | -8.26 | -7.42 | 0.00 | 0.00 |

Exhibit 5: 2 of 3

| 0044 - HARRIS COUNTY DEPARTMENT OF EDUCATION | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|
| Tax Value | 227,251 | 227,251 | 219,930 | 66,890 | 11,620 | 14,682 |
| Tax Rate | 0.005195 | 0.005190 | 0.005000 | 0.004993 | 0.004990 | 0.004900 |
| Tax Bill | $11.81 | $11.79 | $11.00 | $3.34 | $0.58 | $0.72 |
| % Diff | | -0.17 | -6.70 | -69.64 | -82.63 | 24.14 |

| 0045 - LONE STAR COLLEGE SYSTEM DISTRICT | | | | | | |
|---|---|---|---|---|---|---|
| Tax Value | 279,064 | 279,064 | 269,912 | 203,613 | 220,775 | 250,852 |
| Tax Rate | 0.107800 | 0.107800 | 0.107800 | 0.107800 | 0.107800 | 0.107800 |
| Tax Bill | $300.83 | $300.83 | $290.97 | $219.49 | $219.49 | $219.49 |
| % Diff | | 0.00 | -3.28 | -24.57 | 0.00 | 0.00 |

| 0635 - HC EMERG SRV DIST 016 | | | | | | |
|---|---|---|---|---|---|---|
| Tax Value | 255,658 | 255,658 | 247,421 | 175,252 | 170,697 | 189,767 |
| Tax Rate | 0.049470 | 0.049570 | 0.049500 | 0.050000 | 0.050000 | 0.047107 |
| Tax Bill | $126.47 | $126.73 | $122.47 | $87.63 | $85.35 | $89.39 |
| % Diff | | 0.21 | -3.36 | -28.45 | -2.60 | 4.73 |

| 0666 - HC EMERG SRV DIST 011 | | | | | | |
|---|---|---|---|---|---|---|
| Tax Value | 284,064 | 284,064 | 274,912 | 233,613 | 250,775 | 280,852 |
| Tax Rate | 0.039040 | 0.036060 | 0.034707 | 0.033334 | 0.032305 | 0.029336 |
| Tax Bill | $110.90 | $102.43 | $95.41 | $77.87 | $81.01 | $82.39 |
| % Diff | | -7.64 | -6.85 | -18.38 | 4.03 | 1.70 |

Exhibit 5: 3 of 3

| | 17 | 18 | 19 | 20 | 21 | 22 |
|---|---|---|---|---|---|---|
| **Total Tax Bill by Year** | $5,686.26 | $5,678.04 | $5,263.96 | $3,534.77 | $3,600.42 | $3,616.33 |
| **Total Year % Diff** | | -0.14 | -7.29 | -32.85 | 1.86 | 0.44 |

Blank: INFORMATION NOT AVAILABLE FOR THAT TAX YEAR

Exhibit 6: 1 of 2

# ⌂ ditech®

08/16/2019

PATRICK NEIL SWEENEY
16010 WINCHMORE HILL DR
SPRING, TX 77379-6864

Sent Via Certified Mail
9307 1100 1170 1009 4933 92

Loan Number:          32868051
Property Address:     16010 WINCHMORE HILL DR
                      SPRING, TX 77379-6864

Dear PATRICK NEIL SWEENEY:

This letter is formal notice by Ditech Financial LLC, the Servicer of the above-referenced loan, on behalf of Federal National Mortgage Association, that you are in default under the terms of the documents creating and securing your Loan described above, including the Note and Deed of Trust/Mortgage/Security Deed ("Security Instrument"), for failure to pay amounts due.

You have a right to cure your default. To cure the default, you must pay the full amount of the default on this loan by 09/20/2019 (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter). Failure to cure the default on or before this date will result in acceleration of the sums secured by the Security Instrument and sale of the property.

As of the date of this notice, the total amount required to cure the default is $42,039.05, which consists of the following:

| | | |
|---|---|---|
| Next Payment Due Date: | | 11/01/2017 |
| Total Monthly Payments Due: | | $34,869.51 |
| 11/01/2017 | at | $1,622.60 |
| 12/01/2017 | at | $1,622.60 |
| 01/01/2018 | at | $1,622.60 |
| 02/01/2018 | at | $1,579.11 |
| 03/01/2018 | at | $1,579.11 |
| 04/01/2018 | at | $1,579.11 |
| 05/01/2018 | at | $1,579.11 |
| 06/01/2018 | at | $1,579.11 |
| 07/01/2018 | at | $1,579.11 |
| 08/01/2018 | at | $1,579.11 |
| 09/01/2018 | at | $1,579.11 |
| 10/01/2018 | at | $1,579.11 |
| 11/01/2018 | at | $1,579.11 |
| 12/01/2018 | at | $1,579.11 |
| 01/01/2019 | at | $1,579.11 |
| 02/01/2019 | at | $1,579.11 |
| 03/01/2019 | at | $1,579.11 |
| 04/01/2019 | at | $1,579.11 |
| 05/01/2019 | at | $1,579.11 |
| 06/01/2019 | at | $1,579.11 |
| 07/01/2019 | at | $1,578.42 |

W_TX_DEMAND    Rev.01/2017

Exhibit 6:2 of 2

| | | |
|---|---|---|
| 08/01/2019 | at | $1,578.42 |

| | | |
|---|---|---|
| Late Charges: | | |
| Other Charges: | Uncollected NSF Fees: | $51.83 |
| | Other Fees: | $30.00 |
| | Escrow Advance Balance: | $0.00 |
| | Escrow Advance Balance: | $7,165.11 |
| | Unapplied Balance: | ($77.40) |

**TOTAL YOU MUST PAY TO CURE DEFAULT:**                    **$42,039.05**

You can cure this default by making a payment of $42,039.05 by 09/20/2019. Please note any additional monthly payments, late charges and other charges that may be due under the Note, Security Instrument and applicable law after the date of this notice must also be paid to bring your account current. You may contact our Loss Mitigation Department at 1-800-643-0202 to obtain updated payment information. This letter is in no way intended as a payoff statement for your mortgage, it merely states an amount necessary to cure the current default. Please include your loan number and property address with your payment and send to:

Ditech Financial LLC
Ditech Payment Processing P.O. Box 660934
Dallas, TX 75266-0934

If you wish to dispute the delinquency, or if you dispute the calculation of amount of the delinquency and reinstatement amount, you may contact us by calling 1-800-643-0202.

IF YOU ARE UNABLE TO BRING YOUR ACCOUNT CURRENT, Ditech Financial LLC offers consumer assistance programs designed to help resolve delinquencies and avoid foreclosure. These services are provided without cost to our customers. You may be eligible for a loan workout plan or other similar alternative. If you would like to learn more about these programs, you may contact the Loss Mitigation Department at 1-800-643-0202 from Monday - Friday 7 am to 8 pm and Saturday 7 am to 1 pm CST. Or call us via TDD at 1-800-643-0202 #711. You may also visit our website ditech.com. WE ARE VERY INTERESTED IN ASSISTING YOU.

You have the right to reinstate the loan after acceleration and to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale. If foreclosure proceedings are undertaken, we may pursue a deficiency judgment, if permitted by applicable law. Failure to respond to this letter may result in the loss of your property. To the extent your obligation has been discharged or is subject to the automatic stay in a bankruptcy case, this notice is for informational purposes only and does not constitute a demand for payment or an attempt to collect a debt as your personal obligation. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

Ditech Financial LLC is the mortgage servicer for the mortgage of the Deed of Trust and the parties have entered into an agreement granting Ditech Financial LLC authority to service the mortgage and represent the mortgagee (the "Servicing Agreement"). Pursuant to the Servicing Agreement, Ditech Financial LLC is granted authority to collect and service debt associated with the Deed of Trust. Under §51.0025 of the Texas Property Code, Ditech Financial LLC, as mortgage servicer, is authorized to administer any resulting foreclosure of the property covered by the Deed of Trust on behalf of the Mortgagee. All communication about your mortgage should be made through the Mortgage Servicing Department of Ditech Financial LLC at P.O. Box 15009, Tempe, AZ 85284-0109.

Ditech Financial LLC is attempting to collect a debt, and any information obtained will be used for that purpose. Unless you notify us within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us within thirty

# ditech®

PO Box 15009
Tempe, AZ 85284-0109

Exhibit 7; 1 of 2

Phone: 1-800-643-0202
Fax: 1-866-870-9919
ditech.com

November 15, 2019

************AUTO**ALL FOR AADC 773
PATRICK N SWEENEY
16010 WINCHMORE HILL DR 14241|635|547
SPRING, TX 77379-6864

RE:   Ditech Financial LLC ("Ditech")
      Account Number: 32868051

**IF THE OBLIGATION TO REPAY THIS ACCOUNT WAS DISCHARGED IN BANKRUPTCY, THIS NOTICE IS INFORMATIONAL ONLY. IT IS NOT AN ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY AMOUNT(S) PAID TO DITECH ARE AT YOUR DISCRETION.**

Dear Valued Customer:

## NOTICE OF SERVICING TRANSFER

If the debt was discharged in bankruptcy, this communication is provided for informational purposes only with regard to Ditech's secured lien and is not an attempt to collect the debt from you personally.

The servicing of the mortgage account is being transferred, effective with the voluntary payment due 12/1/2019. This means that after this date, a new servicer will have the right to collect the mortgage account payments, should you choose to make such voluntary payments. If the new servicer will accept voluntary payments prior to this date, it will be noted below. Nothing else about the mortgage account will change.

Ditech is now collecting the voluntary payments. Ditech will stop accepting the voluntary payments received from you after November 30, 2019.

NewRez LLC ("NewRez LLC") will collect any voluntary payments going forward. The new servicer will start accepting any voluntary payments on 12/1/2019.

If you are currently participating in an automated voluntary payment plan with Ditech, the voluntary payment plan will be cancelled as part of the transfer of servicing to NewRez LLC, effective 12/1/2019. If you are interested in establishing automatic voluntary payments with NewRez LLC, please contact them after the transfer effective date.

**All voluntary payments made on or after 12/1/2019 should be sent to NewRez LLC at this address:**

P.O. Box 740039
Cincinnati, OH 45274-0039

If you have any questions for either the present servicer, Ditech, or the new servicer, NewRez LLC, about the mortgage account or this transfer, please contact them using the information below:

Current Servicer:
Ditech
Customer Service
1-800-643-0202
P.O. Box 15009
Tempe, AZ 85284-0109

New Servicer:
NewRez LLC
Customer Service
1-866-636-1621
P.O. Box 10826
Greenville, SC 29603-0826



EQUAL HOUSING
LENDER

Goodbye RESPA PBK, 05172019

LTR-026alt

Exhibit 7: 2 of 2

Under Federal law, during the 60-day period following the effective date of the transfer of the account servicing, an account voluntary payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on the account.

Ditech                          November 15, 2019
Present Servicer                Date

If you use a third party bill pay provider for your voluntary payments, please make arrangements to notify them of your new servicer's contact information.  If you are interested in establishing automatic voluntary payments with NewRez LLC, please contact them after the transfer effective date.

Exhibit 8



# Shellpoint
## Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

2-811-08687-0052422-006-1-000-010-000-000



PATRICK NEIL SWEENEY
JILL W SWEENEY
16010 WINCHMORE HILL DR
SPRING TX 77379-6864

# MORTGAGE STATEMENT
Statement Date: 12/16/2019

| | |
|---|---|
| Account Number | 0579324943 |
| Next Due Date | 01/01/2020 |
| **Amount Due** | **$42,811.04** |

*If payment is received after 01/16/2020, $0.00 late fee may be assessed.*

| | |
|---|---|
| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $481.16 |
| Interest | $555.44 |
| Escrow (Taxes and Insurance) | $541.82 |
| **Regular Monthly Payment** | **$1,578.42** |
| Total Fees and Charges | $0.00 |
| Overdue Payment | $41,232.62 |
| **Total Amount Due** | **$42,811.04** |

## Account Information

| | | |
|---|---|---|
| Outstanding Principal | | $114,182.29 |
| Interest Rate | | 6.5000% |
| Prepayment Penalty | | None |
| Property Address: | 16010 WINCHMORE HILL | |
| | SPRING TX 77379 | |
| Contractual Due Date: | | November 1, 2017 |
| Current Escrow Balance: | | -$7,165.11 |

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Fees/Late Charges | $0.00 | $0.00 |
| Unapplied Partial Payment | $0.00 | $77.40 |
| Total | $0.00 | $77.40 |

## Transaction Activity (12/18/2019 - 12/15/2019)

| Date | Description | | Charges | Payments |
|---|---|---|---|---|
| | *No transaction activity during this period.* | | | |

## Important Messages

**\*Partial Payments:** Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

## Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

**For questions regarding the servicing of your loan, please contact customer care at 800-365-7107.**

Repayment options may be available to you. **Call 800-365-7107** to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

## \*\*Delinquency Notice\*\*

**You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home.** As of 12/16/2019, you are 775 days delinquent on your mortgage loan.

**Recent Account History**
o Payment due 07/01/19:   unpaid balance of $33,295.52
o Payment due 08/01/19:   unpaid balance of $1,578.42
o Payment due 09/01/19:   unpaid balance of $1,578.42
o Payment due 10/01/19:   unpaid balance of $1,578.42
o Payment due 11/01/19:   unpaid balance of $1,623.42
o Payment due 12/01/19:   unpaid balance of $1,578.42
o Payment due 01/01/20:   current payment due
o **Total: $42,811.04 due. You must pay this amount to bring your loan current.**

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance

Exhibit 9

James Robertson, Esquire
(1943-2019)
Everett Anschutz, Esquire
Member of Texas Bar
David J. Schneid, Esquire
Member of Florida Bar
John Crane
Member of Texas Bar

**Robertson, Anschutz, Schneid &
Crane LLC**
f/k/a RAS Crane LLC*
1900 Enchanted Way,
Suite 125
Grapevine, TX 76051
Phone: 470-321-7112
Fax: 404-393-1425

Anthony Maselli, Esquire
Member of Georgia Bar
Daniel Chilton, Esquire
Member of Texas Bar
Joseph Zanelotti, Esquire
Member of MD, VA, DC Bar

*Effective February 10, 2020, RAS Crane LLC changed its name to Robertson, Anschutz, Schneid & Crane LLC.
Our address, telephone and contact information remains the same.

February 28, 2020

RE: NEWREZ MORTGAGE LLC D/B/A SHELLPOINT MORTGAGE SERVICING
BORROWER NAME: JILL SWEENEY, PATRICK SWEENEY
Property Address: 16010 WINCHMORE HILL SPRING, TX 77379
Account Number: 4943
Our File Number: 20-005194 - PaP

NOTICE PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. 1692, et seq.)

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO
COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT
PURPOSE**

**Note:** if you are a debtor presently subject to a proceeding in federal bankruptcy court, or this debt has
been discharged by a federal bankruptcy court, this notice is not an attempt to collect a debt from you
personally, but is being sent for informational purposes only or to satisfy certain federal or state statutory
obligations.

Dear Borrower(s):

Our law firm is attempting to collect a debt that is owed to NEWREZ MORTGAGE LLC D/B/A
SHELLPOINT MORTGAGE SERVICING. Should you desire to speak to someone to discuss the possibility
of entering into a payment arrangement contact us at 470-321-7112.

In accordance with the Fair Debt Collections Practices Act, we are providing the following information:

1. **The amount of the debt is $145,255.22 as of the date of this letter.**
2. **Name of the creditor to whom the debt is owed: NEWREZ MORTGAGE LLC D/B/A
   SHELLPOINT MORTGAGE SERVICING.**
3. **Unless you dispute the validity of the debt, or any portion thereof, within thirty (30) days
   after receipt of this notice, we will assume the debt is valid.**

ROBERTSON, ANSCHUTZ, SCHNEID & CRANE LLC 1900 Enchanted Way, Suite 125, Grapevine,
TX 76051 - Office 470-321-7112 ● Fax: 404 393-1425

20-005194 - PaP

Exhibit 10

# **Patrick and Jill Sweeney**

## **16010 Winchmore Hill Drive**

## **Spring, Texas 77379**

March 21, 2020

Robertson, Anschutz, Schneid and Crane LLC

1900 Enchanted Way, Suite 125

Grapevine, TX 76051

RE: Newrez/Shellpoint Mortgage Servicing

Account Number: 4943

To Whom It May Concern,

In reference to the letter dated February 28, 2020, received on March 4, 2020, we are disputing the amount of the debt and to inform you of a bankruptcy proceeding.

We reported a bankruptcy proceeding and hardship circumstances in order to modify the loan to GreenTree/DiTech and subsequently, Shellpoint, and have not heard back from our correspondence.

Sincerely,

Jill and Patrick Sweeney

Exhibit 11; Pg 1 of 2



**Shellpoint**
**Mortgage Servicing**

<table>
<tr><td>75 Beattie Place, Suite 300<br>Greenville, SC 29601</td><td>Toll Free Phone: 1-800-365-7107<br>Toll Free Fax: 1-866-467-1187<br>Email: escalations@shellpointmtg.com</td><td>*Hours of Operation*<br>Monday-Friday 8:00AM 10:00PM<br>Saturday 8:00AM-3:00PM</td></tr>
</table>

October 16, 2020

Patrick Neil Sweeney
Jill W Sweeney
Via Email: jill.sweeney@hp.com

RE:    Reference #:          0579324943
       Account #:            xxxx3147
       Property:             16010 Winchmore Hill
                             Spring, TX 77379

Dear Patrick Neil Sweeney and Jill W. Sweeney:

We received your inquiry regarding the above referenced mortgage loan, and we have provided the requested information below.

NewRez LLC d/b/a Shellpoint Mortgage Servicing is currently the owner of the account number ending in 3147. Shellpoint Mortgage Servicing ("Shellpoint") began servicing the loan on the behalf of the owner referenced above on or about December 01, 2019. As of the date of this response, the unpaid principal balance is $114,182.29. Note that interest, payments, credits, and other allowable charges may cause the loan's balance to vary daily; therefore, you should contact Shellpoint at (866) 316-4706 to determine the exact balance.

Shellpoint acknowledges the receipt of your correspondence on October 16, 2020 inquiring to the status of a loan modification that you requested on September 14, 2020. You mentioned that you had a deferral due to Hurricane Harvey and the previous company had declared bankruptcy. I was not contacted by Shellpoint until you received a mortgage statement dated August 18, 2020. However, you have not received any other communication since your request. We apologize for any confusion that you have experienced as a result.

Shellpoint acknowledges that you previously filed for Chapter 7 Bankruptcy under case number 18-30230 in the United States Bankruptcy Court in the Southern District of Texas. It confirmed your case was discharged on August 1, 2019. Under that discharge, your legal obligation to pay the debt was eliminated and you surrendered your interest in the property as part of the plan, and Shellpoint has serviced the debt accordingly.

We have enclosed the Forbearance Plan Approval Notices that were previously sent you by the prior servicer, Ditech for your records.

Please know that Shellpoint is committed to assisting homeowners experiencing financial difficulties with a variety of loss mitigation options to avoid foreclosure and allow homeowners to retain homeownership. Our records indicate we have made several attempts to offer the loan for Streamlined Modification on March 13, 2020 and June 22, 2020 (enclosed). However, we have received no response from you.

Reviewing the loan's history shows that you spoke with several our Loss Mitigation representatives on September 21, 2020 and you requested a loan modification. Please know that we reviewed the loan for a loan modification on September 23, 2020. A Streamlined Modification (enclosed) has been approved and offered for on October 8, 2020.

A streamlined modification is a pre-authorized offer from the owner of your loan to assist with the loan's delinquency. The offer requires you to remit three (3) trial period payments of $1,932.89 each due November 1, 2020; December 1, 2020; and January 1, 2021.

The trial period is a pre-requisite to a loan modification, where during the trial period you demonstrate the ability to resume making monthly payments at the modified amount. Please do not remit a lump sum payment as each trial period payment must be made in the month that it is due. Following your successful completion of the trial period, a loan modification agreement stipulating the modified loan terms will be issued.

NEWREZ 0042

Exhibit 11: Pg 2 of 2

As of the date of this letter, the account is contractually due for the November 1, 2017 through the October 1, 2020 monthly installments. Because of the loan's past due status, the loan was referred to an attorney to commence foreclosure proceedings on January 18, 2020. No foreclosure sale date is scheduled at this time, and the foreclosure proceedings are temporarily on hold.

If you have any further questions, please contact your Single Point of Contact (SPOC), Joshua Kiser via telephone at telephone at (866) 825-2174, extension 6847, for further assistance. You may also contact Shellpoint's Loss Mitigation Department via telephone at (866) 825-2174.

We hope this address all of the concerns in your correspondence. If you have any additional questions or concerns, or if this response did not address all of your concerns, please contact our Customer Service Department at (800) 365-7107 or send us another message from the Contact Us page on our web portal.

You have the right to request documentation supporting our determination that no error has occurred in the servicing of the loan.

Should you have further questions, you may contact Shellpoint's Escalation Department at (888) 536-9761 Monday through Friday between the hours of 8:00 a.m. to 5:00 p.m. (EST). You may also reach us via email at escalations@shellpointmtg.com.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

Sincerely,

Escalation Department
Shellpoint Mortgage Servicing

Enclosures:     Forbearance Plan Approval Notices and Streamlined Modification Offers

### Please read the following important notices as they may affect your rights.

NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents: The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.**

Notice of Error or Information Request Address

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 800-365-7107 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.

Exhibit 12 

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

**Shellpoint**
Mortgage Servicing

**Phone Number:** 800-365-7107
**Fax:** 866-467-1137
www.shellpointmtg.com
**Mon - Thurs:** 8:00AM-10:00PM
**Fri:** 8:00AM-10:00PM
**Sat:** 8:00AM-3:00PM



S-SFRECS20  L-150  R-101
PCYLG100201228 - 638866334 I04910
PATRICK NEIL SWEENEY
JILL W SWEENEY
16010 WINCHMORE HILL
SPRING TX 77379-6864

10/19/2020

**RE: Loan Number: 0579324943**
**Borrowers: PATRICK NEIL SWEENEY and JILL W SWEENEY**

Dear PATRICK NEIL SWEENEY and JILL W SWEENEY:

This letter is in response to your recent inquiry regarding the above-referenced account serviced by Shellpoint Mortgage Servicing on behalf of FNMA New Rez AA 322040377, the owner of your loan. Their contact information is:

Address: 1345 Avenue of the Americas   New York NY 10501

We are working to gather the requested information and will forward it to you as soon as possible.

If you have any additional questions or concerns, please contact our Customer Service department at 800-365-7107.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 800-365-7107.

**Customer Service**
**Shellpoint Mortgage Servicing**

Exhibit 13



**Shellpoint**
Mortgage Servicing

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED



**Phone Number:** 866-214-5733
**Fax:** 866-467-1187
**Email:** Lossmitigation@shellpointmtg.com
**Mon - Thurs:** 8:00AM-6:00PM
**Fri:** 8:00AM-5:00PM

S-SFRECS20 L-1074 R-204
PCWKLS00200230 - 637874703 I00738
PATRICK NEIL SWEENEY
JILL W SWEENEY
16010 WINCHMORE HILL
SPRING TX 77379-6864

| Loan Number: | 0579324943 |
|---|---|
| Principal Balance: | $114,182.29 |
| Property: | 16010 WINCHMORE HILL SPRING, TX 77379 |

10/08/2020

## STREAMLINED MODIFICATION SOLICITATION LETTER

Dear Borrowers,

**Avoid Foreclosure—Act Now**
Your mortgage is seriously delinquent. We've tried to contact you to discuss the foreclosure prevention options available to you, but your time to act is running out. To avoid foreclosure, you must contact us.

**Option 1: Stay in Your Home**
Based on a careful review of your mortgage account, we are offering you an opportunity to enter into a Trial Period Plan for a mortgage modification. This is the first step toward qualifying for more affordable mortgage payments or more manageable terms. It is important that you read this information in its entirety so that you completely understand the actions you need to take to successfully complete the Trial Period Plan to permanently modify your mortgage.

**Proposed Modification Terms**
If you successfully complete the Trial Period Plan by making the required payments, you will receive a modification with a fixed interest rate for 40 years from the date the modification is effective. If we determine that the unpaid balance of your mortgage is more than 80% of the value of your home, you may be eligible to have up to 30% of your principal balance deferred, and the deferred amount will not be subject to any interest rate charges. Moreover, the deferred principal amount will not be due and payable until the earlier of (i) the end of the 40-year term of the modified mortgage, (ii) the interest-bearing balance of your loan has been paid off, (iii) any sale or transfer of your interest in the property, or (iv) a refinance of your mortgage loan.

After successfully completing the trial plan, you must continue making trial payments until your permanent modification is complete.

If you are a successor in interest, then in order to complete the Modification, we will need one of the following sets of documents – Death Certificate and Executed Will or Court Order; Recorded Instrument proving Tenancy by the Entirety or Joint-Tenancy (so long as the jurisdiction does not require a Probate Court to establish a successor); an Affidavit of Heirship and a Death Certificate (so long as the jurisdiction does not require a Probate Court to establish a successor); a Property Agreement filed incident to a divorce proceeding (so long as the jurisdiction does not require a Deed conveying the interest in the property); or Evidence of a Quit Claim Deed transferred from living spouse or parent.

If you have questions about your trial period or permanent modification requirements, please contact us at 866-214-5733.

Sincerely,

Customer Support
Shellpoint Mortgage Servicing

**AVOID FORECLOSURE--
ACT BY:
10/22/2020**

Contact a member of our customer support team at 866-214-5733 to ask questions and discuss these foreclosure prevention options or to obtain a copy of a Borrower Response Package

To obtain a copy of a Borrower Response Package you may also visit www.shellpointmtg.com

SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS. 8063

Exhibit 14: 1 of 2





# RAS

## ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
### L A W   O F F I C E S

James Robertson, Esquire
(1943 – 2019)
Everett Anschutz, Esquire*
Member of Texas Bar
David J. Schneid*
Member of Florida Bar
John T. Crane, Esquire*
Member of Georgia, and Texas Bar
*Partner

10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Phone: 470-321-7112
Fax: 404-393-1425
www.raslegalgroup.com

Jason Murphy
Member of MD, VA, WV Bar
Brady Lighthall
Member of OH, KY, IN Bar
Genevieve Johnson
Member of GA, SC Bar

November 15, 2021

Sent via Certified and Regular Mail
Borrower(s): PATRICK NEIL SWEENEY AND JILL W. SWEENEY
16010 WINCHMORE HILL
SPRING, TX 77379

RE:          Deed of Trust Dated:         November 14, 2001

             Borrower(s):                 PATRICK NEIL SWEENEY AND JILL W.
                                          SWEENEY

             Original Principal Amount:   $164,000.00

             Property Address:            16010 WINCHMORE HILL
                                          SPRING, TX 77379

Current Mortgage Servicer and Mortgagee:

             Mortgage Servicer:           NEWREZ MORTGAGE LLC D/B/A SHELLPOINT
                                          MORTGAGE SERVICING

             Mortgagee:                   NEWREZ MORTGAGE LLC D/B/A SHELLPOINT
                                          MORTGAGE SERVICING

(Include if applicable: The Mortgage Servicer represents the Mortgagee under a servicing agreement
with the Mortgagee, whose address is 15 South Main Street Greenville, SC 29601)

**NOTE: PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT YOU ARE
ADVISED THAT THIS LAW FIRM IS DEEMED TO BE A DEBT COLLECTOR
ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE
USED FOR THAT PURPOSE.**

**Notice pursuant to the Tex. Prop. Code Sec. 51.002(i): Assert and protect your rights as a member
of the armed forces of the United States. If you are or your spouse is serving on active military
duty, including active military duty as a member of the Texas National Guard or the National
Guard of another state or as a member of a reserve component of the armed forces of the United
States, please send written notice of the active duty military service to the sender of this notice
immediately.**

Exhibit 14: 2 of 2

## Notice of Substitute Trustee's Sale

Notice Concerning Military Duty: **Assert and protect your rights as a member of the armed forces of the United States. If you are or your spouse is serving on active military duty, including active military duty as a member of the Texas National Guard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active duty military service to the sender of this notice immediately. Tex. Prop. Code § 51.002(i)**

| | |
|---|---|
| **Deed of Trust Date**: November 14, 2001 | **Original Mortgagor/Grantor**: PATRICK NEIL SWEENEY AND JILL W. SWEENEY |
| **Original Beneficiary / Mortgagee**: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GMAC MORTGAGE CORPORATION., ITS SUCCESSORS AND ASSIGNS | **Current Beneficiary / Mortgagee**: NEWREZ MORTGAGE LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| **Recorded in**:<br>Volume: N/A<br>Page: N/A<br>Instrument No: V573766 | **Property County**: HARRIS |
| **Mortgage Servicer**: NEWREZ LLC F/K/A NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING | **Mortgage Servicer's Address**: 55 Beattie Place, Suite 110, MS#001, Greenville, SC 29601 |

\* The mortgage servicer is authorized to represent the Mortgagee by virtue of a servicing agreement with the Mortgagee. Pursuant to the Servicing Agreement and Texas Property Code § 51.0025, the Mortgage Servicer is authorized to collect the debt and to administer any resulting foreclosure of the property securing the above referenced loan.

**Secures**:Note in the original principal amount of $164,000.00, executed by JILL SWEENEY and PATRICK SWEENEY and payable to the order of Lender.

**Property Address/Mailing Address**: 16010 WINCHMORE HILL, SPRING, TX 77379

**Legal Description of Property to be Sold**: LOT THIRTY-TWO (32), IN BLOCK THREE (3), OF CHAMPION FOREST, SECTION EIGHT (8), ACCORDING TO THE MAP OR PLAT THEREOF RECORD IN VOLUME 299, PAGE 21, OF THE MAP RECORDS OF HARRIS COUNTY, TEXAS..

| **Date of Sale**: January 04, 2022 | **Earliest time Sale will begin**: 10:00 AM |
|---|---|

**Place of sale of Property**: Bayou City Event Center 9401 Knight Road, Houston TX 77045 OR IN THE AREA DESIGNATED BY THE COMMISSIONER'S COURT, PURSUANT TO SECTION 51.002 OF THE TEXAS PROPERTY CODE

The Substitute Trustee will sell the property by public auction to the highest bidder for cash at the place and date specified. The sale will begin at the earliest time stated above or within three (3) hours after that time.

**Appointment of Substitute Trustee**: Default has occurred in the payment of the Note and in the performance of the obligations of the Deed of Trust, the same is now wholly due. Because of that default, *NEWREZ MORTGAGE LLC D/B/A SHELLPOINT MORTGAGE SERVICING*, the owner and holder of the Note, has requested Carl Meyers, Stephen Mayers, Leb Kemp, Vince Ross, Traci Yeaman, Kelly McDaniel, Israel Curtis, Clay Golden, Kenny Shirey, Cary Corenblum, Matthew Hansen, Evan Press, Amy Bowman, Anna Sewart, David Barry, Byron Sewart, Patricia Poston, whose address is 1 Mauchly Irvine, CA 92618 or Anna Sewart, David Barry, Byron Sewart, Keith Wolfshohl, Helen Henderson, Patricia Poston, whose address is 14800 Landmark Blvd., Suite 850, Dallas, TX






75254, to sell the property. The Trustee(s) has/have been appointed Substitute Trustee in the place of the original trustee, in the manner authorized by the deed of trust.

**Terms of Sale:** The Foreclosure Sale will be conducted as a public auction and the Property will be sold to the highest bidder for cash, except that *NEWREZ MORTGAGE LLC D/B/A SHELLPOINT MORTGAGE SERVICING* bid may be by credit against the indebtedness secured by the lien of the Deed of Trust.

Pursuant to section 51.009 of the Texas Property Code, the Property will be sold "AS IS," without any expressed or implied warranties, except as to the warranties (if any) provided for under the Deed of Trust. Prospective bidders are advised to conduct an independent investigation of the nature and physical condition of the Property.

Pursuant to section 51.0075(a) of the Texas Property Code, Carl Meyers, Stephen Mayers, Leb Kemp, Vince Ross, Traci Yeaman, Kelly McDaniel, Israel Curtis, Clay Golden, Kenny Shirey, Cary Corenblum, Matthew Hansen, Evan Press, Amy Bowman, Anna Sewart, David Barry, Byron Sewart, Patricia Poston, whose address is 1 Mauchly Irvine, CA 92618 or Anna Sewart, David Barry, Byron Sewart, Keith Wolfshohl, Helen Henderson, Patricia Poston, whose address is 14800 Landmark Blvd., Suite 850, Dallas, TX 75254, Trustee reserves the right to set further reasonable conditions for conducting the Foreclosure Sale. Any such further conditions shall be announced before bidding is opened for the first sale of the day held by Carl Meyers, Stephen Mayers, Leb Kemp, Vince Ross, Traci Yeaman, Kelly McDaniel, Israel Curtis, Clay Golden, Kenny Shirey, Cary Corenblum, Matthew Hansen, Evan Press, Amy Bowman, Anna Sewart, David Barry, Byron Sewart, Patricia Poston, whose address is 1 Mauchly Irvine, CA 92618 or Anna Sewart, David Barry, Byron Sewart, Keith Wolfshohl, Helen Henderson, Patricia Poston, whose address is 14800 Landmark Blvd., Suite 850, Dallas, TX 75254, Trustee.

**Limitation of Damages:** If the sale is set aside for any reason, the purchaser at the sale shall be entitled only to a return of the funds paid. The purchaser shall have no further recourse against Mortgagor, the Mortgagee, or the Mortgagee's attorney.

---

SUBSTITUTE TRUSTEE

Carl Meyers, Stephen Mayers, Leb Kemp, Vince Ross, Traci Yeaman, Kelly McDaniel, Israel Curtis, Clay Golden, Kenny Shirey, Cary Corenblum, Matthew Hansen, Evan Press, Amy Bowman, Anna Sewart, David Barry, Byron Sewart, Patricia Poston OR Anna Sewart, David Barry, Byron Sewart, Keith Wolfshohl, Helen Henderson, Patricia Poston, Trustee

c/o Robertson, Anschutz, Schneid, Crane & Partners, PLLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, Georgia 30097; PH: (470)321-7112

Exhibit 15

# shellpoint
A DIVISION OF NEWREZ

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

1-811-16937-0004761-001-1-000-010-000-000



PATRICK NEIL SWEENEY
JILL W SWEENEY
16010 WINCHMORE HILL DR
SPRING TX 77379-6864

# MORTGAGE STATEMENT
Statement Date: 11/17/2021

| | |
|---|---|
| **Account Number** | **0579324943** |
| **Payment Date** | **12/01/2021** |
| **Payment Amount** | **$72,819.07** |

| | |
|---|---|
| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

### Explanation of Payment Amount

| | |
|---|---|
| Principal | $544.82 |
| Interest | $491.78 |
| Escrow (Taxes and Insurance) | $337.41 |
| **Regular Monthly Payment** | **$1,374.01** |
| Total Fees and Charges | $15.00 |
| Past Unpaid Payment | $71,430.06 |
| **Total Payment Amount** | **$72,819.07** |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $422.65 |
| Interest | $0.00 | $613.95 |
| Escrow | $0.00 | $586.00 |
| Fees/Late Charges | $0.00 | $30.00 |
| Partial Payment (Unapplied) | $0.00 | $1,008.27 |
| **Total** | **$0.00** | **$2,660.87** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $112,921.15 |
| Interest Rate | 6.5000% |
| Prepayment Penalty | None |
| Property Address: | 16010 WINCHMORE HILL SPRING TX 77379 |

### ankruptcy Message

ur records show that either you are a debtor in
nkruptcy or you discharged personal liability for your
ortgage loan in bankruptcy.

e are sending this statement to you for informational and
mpliance purposes only. It is not an attempt to collect a
bt against you.

ou want to stop receiving statements, write to us.

### portant Messages

artial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate
spense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your
ortgage.

### dditional Messages

ffected by COVID-19? Assistance may be available. We offer relief
otions, such as a forbearance - a temporary suspension of payments
nd payment deferment. Visit our website www.shellpointmtg.com or call
at 866-825-2174 to see if you qualify.

ote: If the pre-petition arrearage amount is being disputed, or has not
t been determined by us, this statement may include an unresolved
nount of the pre-petition arrearage.

ederal law requires us to tell you how we collect, share, and protect your
ersonal information. Our Privacy Policy has not changed. You can review our
licy and practices with respect to your personal information at
ww.shellpointmtg.com or request a copy to be mailed to you by calling us at
0-365-7107.

epayment options may be available to you. **Call 800-365-7107** to discuss

### **Account History**

**Recent Account History**
o Payment due 06/01/21:   unpaid balance of $64,575.01
o Payment due 07/01/21:   unpaid balance of $1,374.01
o Payment due 08/01/21:   unpaid balance of $1,374.01
o Payment due 09/01/21:   unpaid balance of $1,374.01
o Payment due 10/01/21:   unpaid balance of $1,374.01
o Payment due 11/01/21:   unpaid balance of $1,374.01
o Payment due 12/01/21:   current payment due

o Total: $72,819.07 unpaid amount that, if paid, would bring your loan
current.

If You Are Experiencing Difficulty: Please refer to the back of this statement
for additional messages about mortgage counseling and assistance.

Exhibit 16

RP-2020-132025
03/24/2020    ER    $16.00

RETURN DOCUMENT TO:
Robertson, Anschutz, Schneid & Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Phone: 470-321-7112
Firm File No: 20-005194 - EsK

## ASSIGNMENT OF MORTGAGE/DEED OF TRUST

FOR VALUE RECEIVED, the undersigned (Assignor) has this day transferred, assigned, conveyed and set over to NEWREZ MORTGAGE LLC D/B/A SHELLPOINT MORTGAGE SERVICING (Assignee), whose address is 55 Beattie Place, Suite 110, MS#001, Greenville, SC 29601, as Assignee, all its right, title and interest in and to a certain Deed of Trust executed by PATRICK NEIL SWEENEY AND JILL W. SWEENEY to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR GMAC MORTGAGE CORPORATION its successors and assigns dated November 14, 2001, recorded in Deed Instrument V573766, Harris County, Texas Records. Property Address: 16010 WINCHMORE HILL ,SPRING, TX 77379.

The Assignor herein specifically transfers, conveys and assigns to the above Assignee, its successors, representatives and assigns, the aforesaid Deed of Trust, the property described therein, together with all the powers, options, privileges and immunities therein contained.

This Assignment will be governed and interpreted by the laws of the state of Texas without giving effect to the conflict-of-law provisions thereof and, where applicable, by the laws of the United States of America.

Dated:    02/24/2020

NewRez Mortgage LLC d/b/a Shellpoint Mortgage Servicing as
Attorney-in-Fact for NEW RESIDENTIAL MORTGAGE LLC

By: _____

Print Name: Caitlin Nicole Cutler
Title: Foreclosure Specialist

This instrument was acknowledged before me on 02/24/2020 by Caitlin Nicole Cutler in the County of Maricopa, State of Arizona.

Notary Public JAIMIE KEITH INMAN
My Commission Expires: 5-29-21

Jaimie Keith Inman
Notary Public - Arizona
Maricopa County
My Commission Expires
March 29, 2021

{NOTARY SEAL}



20-005194 - EsK

CERTIFICATION OF SERVICE

A copy of PLAINTIFFS Amended Petition (Exhibits omitted) was served on the following via e-mail and USPS first class mail on May 19, 2023:


Justin K. Cho
c/o SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
JCho@SettlePou.com


Patrick N. Sweeney
16010 Winchmore Hill
Spring, TX 77379
281-686-2109
pnsweeney@comcast.net


Jill W. Sweeney
16010 Winchmore Hill
Spring, Texas 77379
281-799-9506
Jsweeney9@comcast.net



SHIP
TO:

HOUSTON TX 77208

USPS FIRST-CLASS MAIL®

RDC 9

U.S. POSTAGE
$2.94
PCM
77379
Date of sale
05/20/23
02      SW
9817700781

United States Courts
Southern District of Texas
FILED
MAY 24 2023
Nathan Ochsner, Clerk of Court

U.S. District Court
Southern District of Texas
PPB-36D10
Houston, TX 77208

Mr. & Mrs. Patrick N. Sweeney
16010 Winchmore Hill Dr.
Spring, TX 77379-6864